# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                       No. 4:13CR00010-01 JLH

JERMAINE LAMON ROY                                              DEFENDANT

## ORDER

The Court hereby orders that the transcript of the pretrial hearing held in this matter on June 3, 2013, be sealed.

IT IS SO ORDERED this 3rd day of June, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE