## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                PLAINTIFF

v.                     No. 4:13CR00010-01 JLH

JERMAINE LAMON ROY                                      DEFENDANT

## ORDER

The Court hereby orders that the transcript of the in-camera hearing held during the jury trial of this matter on June 5, 2013, be sealed.

IT IS SO ORDERED this 5th day of June, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE