# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                               PLAINTIFF

v.                  No. 4:13CR00010 JLH

JERMAINE LAMON ROY                                DEFENDANT

## **ORDER**

Pending before the Court is the defendant's unopposed motion for continuance of sentencing hearing currently set for Thursday, December 5, 2013. The motion is GRANTED. Document #122.

The sentencing hearing for defendant Jermaine Lamon Roy is hereby rescheduled for **THURSDAY, DECEMBER 19, 2013, at 2:00 P.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas.

IT IS SO ORDERED this 3rd day of December, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE